**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

**IN RE: ONE (1) 1987 HAWKER 800A,**
**BEARING SERIAL # 258090 & TAIL # N414PE**
**(CATS NO. 20-DEA-669506)**

_____/

## JOINT MOTION TO ENLARGE TIME IN WHICH TO FILE
## CIVIL FORFEITURE COMPLAINT OR CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States of America ("United States") and White Flight, Inc. ("White Flight" or the "Claimant") (collectively, the "Parties") file this Joint Motion To Enlarge Time in Which To File Civil Forfeiture Complaint or Criminal Forfeiture.  In support of this Motion, the Parties state as follows:

1.      On or about September 24, 2020, United States Drug Enforcement Administration ("DEA") agents seized one (1) 1987 Hawker 800A, bearing serial number 258090 and U.S. tail number N414PE (CATS No. 20-DEA-669506) (the "Seized Asset").

2.      The DEA initiated administrative forfeiture proceedings, and sent written notices of seizure to potential claimants in accordance with 18 U.S.C. §983(a)(1)(A).

3.      On February 23, 2021, the Claimant, through counsel, filed a claim to the Seized Asset in the administrative forfeiture proceeding, and the DEA subsequently referred this matter to the United States Attorney's Office for the Southern District of Florida.

4.      The time has expired for any person to file a claim to the Seized Asset under 18 U.S.C. §983. To date, no other person or entity has filed a claim to the property as required by law in the nonjudicial civil forfeiture proceeding.

5.      Pursuant to 18 U.S.C. §983(a)(3), within 90 days after a claim is filed, the United States is required to file a civil forfeiture complaint or obtain a criminal indictment containing an

allegation that the property is subject to forfeiture. However, the Court may extend the period for filing a civil complaint for good cause shown or upon agreement of the Parties.[1]

6.    Pursuant to 18 U.S.C. §983(a)(3)(A)–(C), the deadline for the United States to file a civil forfeiture complaint or obtain an indictment alleging that the Seized Asset is subject to forfeiture is May 24, 2021. The Parties have now agreed to extend this deadline by 21 days, until June 14, 2021.

7.    Claimant, through its undersigned counsel, has knowingly, intelligently, and voluntarily agreed to give up any right it may have under 18 U.S.C. §983(a)(3)(A)–(C) to require the United States to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture no later than May 24, 2021, and any right it may have to seek dismissal of any complaint and/or any indictment on the ground that it was not filed or returned on or before May 24, 2021.

8.    In addition, there is good cause to extend the deadline from May 24, 2021, to June 14, 2021, as the requested extension would afford the Parties additional time to gather information to resolve this matter.

---

[1] The statute, in relevant part, reads:

    (A)  Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

18 U.S.C. § 983(3)(A).

WHEREFORE, the Parties respectfully request that the Court grant this motion. A proposed order is attached.


By: _____     Date: 05/21/2021
Michael B. Nadler
Stumhauzer Foslid Sloman Ross & Kolaya
Attorneys at Law
Two S. Biscayne Blvd., Suite 1600
Miami, Florida 33161
Tel: (305) 614-1411
*Counsel for White Flight, Inc.*


**JUAN ANTONIO GONZALEZ**
**ACTING UNITED STATES ATTORNEY**

By: _____     Date: 5/21/2021
Mitchell Hyman
Assistant United States Attorney
Florida Bar No. 125405
99 N.E. 4th Street, 7th Floor
Miami, FL 33132-2111
Telephone: (305) 961-9283
Email: Mitchell.Hyman@usdoj.gov
*Counsel for the United States*